PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 12/2023)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### Amarillo DIVISION

JAN 14 2025 PM 1:20
FILED - USDC - NDTX - AM

**Otis Rudd #505837**
Plaintiff's Name and ID Number

**French M. Robertson Unit**
Place of Confinement

**2-25CV-013-Z**

CASE NO. _____
(Clerk will assign the number)

v.

**Texas Dept. of Criminal Justice Inst. Division Director,**

**Bobby Lumpkin, 1992 Helton Rd. Pampa, Texas 79065**
Defendant's Name and Address

**Correction Officer S. Lovejoy, 1992 Helton Rd. Pampa, Texas 79065**
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be <u>legibly</u> handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $55.00 for a total fee of **$405.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $55.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓ YES ☒ NO

B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

1. Approximate date of filing lawsuit: __NONE Applicable (YEARS Ago)__
2. Parties to previous lawsuit:
   Plaintiff(s) __Otis Rudd NONE. Applicable (YEARS Ago)__
   Defendant(s) __NONE. Applicable (YEARS Ago)__
3. Court: (If federal, name the district; if state, name the county.) __E. Dist., S. Dist. of Tex.__
4. Cause number: __NONE Applicable (YEARS Ago)__
5. Name of judge to whom case was assigned: __NONE Applicable (YEARS Ago)__
6. Disposition: (Was the case dismissed, appealed, still pending?) __Some Dismiss, Jury Trial.__
7. Approximate date of disposition: __NONE Applicable (YEARS Ago)__

2

II. PLACE OF PRESENT CONFINEMENT: FRENCH M. ROBERTSON UNIT

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?  ✓ YES ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: OTIS RUDD #505837 FRENCH M. ROBERTSON UNIT, 12071 FM 3522 ABILENE, TEXAS 79601

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: BOBBY LUMPKIN, 1992 HELTON RD., PAMPA, TEXAS 79065.  (JORDAN UNIT)

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #2: S. LOVEJOY, 1992 HELTON RD., PAMPA, TEXAS 79065.  (JORDAN UNIT)

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #3: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

## STATEMENT OF FACTS

ON APRIL 05, 2024, AT APPROXIMATELY 4:20 P.M., AND AT THE RUFE JORDAN UNIT ONE (1) BUILDING (C) POD (114) CELL. CORRECTIONAL OFFICER S. LOVEJOY APPROACHED MY ASSIGNED CELL (C) POD (114) CELL AND INTENTIONALLY AND KNOWINGLY ASSAULTED ME BY SPRAYING CHEMICAL AGENTS (GAS) ALL OVER MY BODY IN A SADISTIC AND MALICIOUS MANNER FOR NO APPARENT REASON. OTHER THAN A METHOD OF RETALIATION FOR MY FILING PRIOR GRIEVANCES AGAINST JORDAN UNIT OFFICIALS. AS A RESULT OF THIS ASSAULT THE PLAINTIFF SUFFERED THE FOLLOWING INJURIES OF SEVERE BURNING OF EYES CAUSING TEMPORARY BLINDNESS, SEVERE BURNING OF SKIN, SEVERE BURNING OF OF NOSTRILS AND THROAT WHICH RENDERED THE PLAINTIFF UNABLE TO BREATHE, SEVERE CHOKING FOR A PERIOD OF FOUR (4) MINUTES, MENTAL ANGUISH, MENTAL STRESS, EMOTIONAL STRESS, PAIN AND SUFFERING. CORRECTIONAL OFFICER S. LOVEJOY SUBSEQUENTLY WROTE A FALSE AND FABRICATED DISCIPLINARY REPORT IN ATTEMPT TO JUSTIFY THE ASSAULT. BY ALLEGING THAT THE PLAINTIFF HAD A RAZOR AND REFUSED TO RELINQUISH THE RAZOR. THE PLAINTIFF NEVER HAD A RAZOR AT ALL AND THE

DISCIPLINARY REPORT WAS SUBSEQUENTLY OVERTURNED AND REVERSED ON AUGUST 23RD, 2024. THE PLAINTIFF IS IN (IMMINENT DANGER OF SERIOUS BODILY INJURY AND/OR HARM). DEFENDANT BOBBY LUMPKIN IS THE DIRECTOR OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE INSTITUTIONAL DIVISION AND IS DIRECTLY RESPONSIBLE FOR THE DAILY OPERATIONS, TRAINING, AND SUPERVISION OF EACH AND EVERY CORRECTIONAL OFFICER WITHIN THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE AND AT EACH AND EVERY UNIT. THE DEFENDANTS HEREIN (ACTED UNDER THE COLOR OF STATE LAW) BY THEIR ACTIONS. DEFENDANT BOBBY LUMPKIN IS BEING SUED IN HIS OFFICIAL CAPACITY. DEFENDANT S. LOVEJOY IS BEING SUED IN HER (INDIVIDUAL) (PERSONAL) AND (OFFICIAL) CAPACITIES.

I CERTIFY, VERIFY, OR STATE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

SIGNED THIS 13TH DAY OF OCTOBER 2024.

OTIS RUDD #505837
Otis Rudd

V.  STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.



VI.  RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

GRANT COMPENSATORY DAMAGES IN AMOUNT OF $17,000.00
GRANT PUNITIVE DAMAGES IN AMOUNT OF $17,000.00 DOLLARS.

VII.  GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.
OTIS RUDD

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.
(#373192) (#505837)

VIII.  SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ✓ YES ___ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): NONE APPLICABLE.
2. Case number: NONE APPLICABLE (YEARS AGO)
3. Approximate date sanctions were imposed: NONE APPLICABLE (YEARS AGO)
4. Have the sanctions been lifted or otherwise satisfied? ✓ YES ___ NO

C. Has any court ever warned or notified you that sanctions could be imposed?  ✓ YES ___ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): NONE Applicable
2. Case number: NONE Applicable (YEARS Ago)
3. Approximate date warning was issued: NONE Applicable (YEARS Ago)

Executed on: 10/13/24
DATE

Otis Rudd

_Otis Rudd_
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this 13TH day of OCTOBER, 20 24.
(Day)           (month)           (year)

Otis Rudd

_Otis Rudd_
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

In the United States District Court
For the Northern District of Texas
Amarillo Division

## NOTICE OF EXHAUSTION OF GRIEVANCE

The Step(1)One and Step(2)Two grievances connected to this 1983 Civil Action Complaint was exhausted on August 23rd, 2024. However, prison officials mysteriously lost the grievances. Now, the prison officials are saying that I must purchase copies of my Step(1)One and Step(2)Two grievances from the unit law library. While being fully aware of the fact that I am indigent and can not afford to purchase copies of the grievances that I should have got back for free. Because, prison officials lost or destroyed my original Step(1)One and Step(2)Two grievances. See, grievances attached.

I, certify, verify, or state under penalty of perjury that the foregoing is true and correct.

Signed this 18th day of December, 2024.

<u>Otis Rudd</u>
Otis Rudd #505837
FRENCH M. ROBERTSON UNIT
12071 FM 3522
ABILENE, TEXAS 79601



# Texas Department of Criminal Justice

## STEP 1
### INMATE GRIEVANCE FORM

12 C 35

**OFFICE USE ONLY**
Grievance #: 2025019110
Date Received: OCT 21 2024
Date Due: 11/30/24
Grievance Code: 904
Investigator ID #: I2797
Extension Date: _____
Date Retd to Inmate: OCT 23 2024

Inmate Name: OTIS RUDD   TDCJ # 505837
Unit: ROBERTSON   Housing Assignment: 12/C/35
Unit where incident occurred: A.D. HUGHES UNIT

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? REGIONAL AND UNIT GRIEVANCE INVEST. (VIA I-60 REQUEST) When? OCT. 09, 2024.
What was their response? NO RESPONSE AT THIS TIME.
What action was taken? NO ACTION HAS BEEN TAKEN AT THIS TIME.

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

AS OF OCTOBER 21, 2024, AT APPROXIMATELY 8:08 P.M., THE A.D. HUGHES UNIT GRIEVANCE INVESTIGATOR AND REGIONAL GRIEVANCE INVESTIGATOR HAVE INTENTIONALLY AND KNOWINGLY REFUSED TO RETURN MY STEP (1) ONE AND STEP (2) TWO GRIEVANCE TO ME, WHICH IS A DIRECT DENIAL OF ACCESS TO COURTS. I HAVE SUBMITTED MULTIPLE REQUEST CONCERNING MY STEP (1) ONE AND STEP (2) TWO GRIEVANCES, TO NO AVAIL. THESE GRIEVANCES ARE CONCERNING AN INCIDENT AT THE RUFE JORDAN UNIT ON APRIL 05, 2024, WHERE OFFICER LOVEJOY, C.O.4 ASSAULTED ME BY USE OF ILLEGAL, UNNECESSARY EXCESSIVE USE OF FORCE BY SPRAYING ME WITH CHEMICAL AGENTS (GAS) AS A METHOD OF RETALIATION. OFFICER LOVEJOY ALSO FALSIFIED AND FABRICATED STATE DOCUMENTS BY ALLEGATIONS AND ACCUSATIONS THAT I HAD A RAZOR IN MY HAND AND REFUSED TO DROP THE RAZOR. WHICH IN FACT, I DID NOT HAVE A RAZOR AT ALL! I WAS TRANSFERRED FROM THE JORDAN UNIT TO W.P. CLEMENTS UNIT ON MAY 08, 2024. I WAS AGAIN TRANSFERRED FROM W.P. CLEMENTS UNIT ON JUNE 18, 2024, TO A.D. HUGHES

YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

I-127 Front (Revised 8/2022)

Inmate Grievance Operations Manual
Appendix F

me out to thier office to inform me the disciplinary case concerning the major use of force on April 05, 2024, had been (OVER TURNED REVERSED) on the step (2) two grievance, which exhausted the grievance procedures. However, my step (1) one and step (2) grievances have not been returned to me.

**Action Requested to Resolve Your Complaint.**

I REQUEST THAT MY STEP (1) ONE AND STEP (2) TWO GRIEVANCES CONCERNING THE ILLEGAL, EXCESSIVE, AND UNNECESSARY USE OF FORCE ON April 05, 2024, BE RETURNED TO ME, ORIGINALS AND/ OR COPIES OF THE GRIEVANCES PER POLICY.

Inmate Signature: Otis Rudolph                Date: OCTOBER 21, 2024.

**Grievance Response:**

Your grievance has been reviewed and investigated addressing one issue per grievance. Grievance 2024091501 closed on 4/15/24 and 2024091974 closed on 4/16/24 were both screened due to being a Use of Force, both were also returned to you. Disciplinary grievance 2024096219 was overturned at Step 2 on 8/23/24 and returned to you on 9/12/24. Records reflect that these grievances were returned to you. If you need a copy of these grievances you will need to go through Law Library and request to purchase a copy of the grievances. No further action warranted at this time.

Signature Authority: **WARDEN D. THORNTON**                Date: OCT 21 2024

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:** *Resubmit this form when corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

UGI Printed Name/Signature: _____
Application of the screening criteria for this grievance is not expected to adversely affect the inmate's health.
Medical Signature Authority: _____

I-127 Back (Revised 8/2022)

| OFFICE USE ONLY |
|---|
| Initial Submission        UGI Initials:_____ |
| Grievance #:_____ |
| Screening Criteria Used:_____ |
| Date Recd from Inmate:_____ |
| Date Returned to Inmate:_____ |
| 2nd Submission        UGI Initials:_____ |
| Grievance #:_____ |
| Screening Criteria Used:_____ |
| Date Recd from Inmate:_____ |
| Date Returned to Inmate:_____ |
| 3rd Submission        UGI Initials:_____ |
| Grievance #:_____ |
| Screening Criteria Used:_____ |
| Date Recd from Inmate:_____ |
| Date Returned to Inmate:_____ |

Inmate Grievance Operations Manual
Appendix F



# Texas Department of Criminal Justice

## STEP 2
### INMATE GRIEVANCE FORM

12C 35

DEC 17 2024

**OFFICE USE ONLY**

Grievance #: 2025019110
UGI Recd Date: OCT 25 2024
HQ Recd Date: NOV 06 2024
Date Due: 12-4-2024
Grievance Code: 904
Investigator ID: I-2977
Extension Date: _____
Date Retd to Inmate: _____

Inmate Name: Otis Rudd        TDCJ #: 505837
Unit: Robertson    Housing Assignment: 12/C/35
Unit where incident occurred: French M. Robertson Unit

---

You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted.
You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.

---

**Give reason for appeal (Be specific).** *I am dissatisfied with the response at Step 1 because...*

I AM DISSATISFIED WITH THE STEP (1) ONE GRIEVANCE RESPONSE IN (GRIEVANCE NO.# 2025019110), DUE TO DELIBERATE INDIFFERENCE IN THIS MATTER. FIRST, THE STEP ONE GRIEVANCE RESPONSE ASSERTS THAT MY STEP ONE AND STEP TWO GRIEVANCES IN (GRIEVANCE NO.# 2024096219) WAS OVERTURNED AT STEP TWO ON AUGUST 23RD, 2024, AND RETURNED TO ME ON SEPTEMBER 12TH, 2024. HOWEVER, I WAS MOVED FROM (8) EIGHT BUILDING (L) POD, FORTY THREE (43) CELL ON SEPTEMBER 12TH, 2024, AT APPROXIMATELY 4:30 P.M., TO (12) TWELVE BUILDING (C) POD, THIRTY FIVE (35) CELL, WHERE I HAVE BEEN HOUSED SINCE THAT DAY! WHICH MEANS THAT I WAS NOT IN (8) BUILDING (L) POD (43) CELL AT (MAIL CALL) ON SEPTEMBER 12TH, 2024. THEREFORE, NO I DID GET MY STEP ONE AND STEP TWO BACK AS OF YET. APPARENTLY, THE DOCUMENTS WERE GIVEN TO THE WRONG CELL OR INMATE. THIS STEP ONE RESPONSE STATES THAT I CAN PURCHASE A COPY OF MY GRIEVANCES FROM THE UNIT LAW LIBRARY STAFF. BUT I AM INDIGENT AND CAN NOT AFFORD TO PURCHASE COPIES OF MY STEP ONE AND STEP TWO GRIEVANCES. BUT, UNIT OFFICIALS ALREADY KNOW THAT OF COURSE. IF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE INST. DIVISION REFUSE TO PROVIDE ME WITH MY ORIGINAL GRIEVANCES OR COPIES OF SUCH. I WILL REGARDLESS GET THEM FROM THE

**YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM     (OVER)**

I-128 Front (Revised 8/2022)

Inmate Grievance Operations
Append

TEXAS ATTORNEY GENERAL'S OFFICE IN AUSTIN TEXAS FOR FREE THROUGH MOTIONS FOR DISCOVERY AND DISCLOSURES IN FEDERAL COURT, MANDATORY. BECAUSE THE MAJOR USE OF FORCE, FALSE DISCIPLINARY CASE, RETALIATION WILL BE DECIDED IN THE UNITED STATES DISTRICT COURT (FEDERAL COURT) GUARANTEED! THE DENIAL OF THESE GRIEVANCES BY THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE INST. DIVISION IS A CLEAR INFRACTION OF POLICY AND PROCEDURES.

**Inmate Signature:** Otis Rudd    **Date:** OCTOBER 24, 2024.

**Grievance Response:**

*Your claims have been investigated by this office. You were appropriately advised at the step 1 level. The grievance staff properly screened the grievance in question. It was screened in accordance with the guidelines specified in the Inmate Grievance Operations Manual. Use of forces are reviewed by the designated use of force staff and not through the grievance department therefore grv. #2024091501 & #2024091974 were screened appropriately and returned to you the same day. Furthermore, your grv. #2024096219 was overturned at the step 2 level and closed on 08/23/24. It was delivered to your current unit of assignment on 09/12/24 to be returned to you and if you have not received it by now then you can request a copy through the law library. There is no evidence of policy violation and/or employee misconduct. No further action is warranted by this office.*

**Signature Authority:** H Klawinsky    **Date:** NOV 27 2024

**Returned because:** *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.
☐ 2. Illegible/Incomprehensible. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 6. Inappropriate. *

**CGO Staff Signature:** _____

| OFFICE USE ONLY | |
|---|---|
| **Initial Submission** | **CGO Initials:** _____ |
| Date UGI Recd: | |
| Date CGO Recd: | |
| (check one) ___ Screened ___ Improperly Submitted | |
| Comments: | |
| Date Returned to Inmate: | |
| **2nd Submission** | **CGO Initials:** _____ |
| Date UGI Recd: | |
| Date CGO Recd: | |
| (check one) ___ Screened ___ Improperly Submitted | |
| Comments: | |
| Date Returned to Inmate: | |
| **3rd Submission** | **CGO Initials:** _____ |
| Date UGI Recd: | |
| Date CGO Recd: | |
| (check one) ___ Screened ___ Improperly Submitted | |
| Comments: | |
| Date Returned to Inmate: | |

I-128 Back (Revised 8/2022)

Inmate Grievance Operations Manual
Appendix G



Otis Rudd # 505837
French M. Robertson Unit
12071 FM 3522
Abilene, Texas 79601

(CLERK)
IN THE UNITED STATES
DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION
U.S. Courthouse, 205 SE 5th Ave., Rm. 133
Room 321, Box F13240
Amarillo, Texas 79101-1559

RECEIVED
JAN 14 2025
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

PRIVILEGED A... MAIL
...ENT OF ... TEXAS
JUSTICE - CORREC... CRIMINAL
INSTITUTION...